[No. 31829-0-III.   Division Three.   April 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS A. CURTIS, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 12-1-00151-4, John Hotchkiss, J., entered July 15, 2013. *Reversed* and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.

[Nos. 31970-9-III; 31971-7-III.   Division Three.   April 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY ALLEN BARCLAY, *Appellant*.

Appeals from a judgment of the Superior Court for Walla Walla County, No. 11-1-00326-1, M. Scott Wolfram, J., entered September 9, 2013. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 32371-4-III.   Division Three.   April 28, 2015.]

*In the Matter of the Adoption of* L.G.S.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-5-00641-1, Harold D. Clarke III, J., entered February 12, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J. [No. 31318-2-III.   Division Three.   April 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON L. VANWINKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-00907-8, Bruce A. Spanner, J., entered November 27, 2012. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.